UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10110-MEL |
| | ) | |
| BURDLEY JEAN and | ) | |
| JEAN NORISCAT | | |

GOVERNMENT'S MOTION TO UNSEAL ~~COMPLAINT~~ *Indictment*

The United States of America hereby moves this Court to direct that the Indictment be unsealed in this matter. As grounds therefore, the government states that one of the persons named in the indictment is in custody, and unsealing the indictment is necessary to proceed with the prosecution.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Seth P. Berman
Assistant U.S. Attorney

Date: April 25, 2005

*April 25, 2005. Allowed.*

*Marianne B. Bowler, USMJ*

