AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

──────── DISTRICT OF ────────

UNITED STATES OF AMERICA

V.

JEAN MARC NORISCAT

**WARRANT FOR ARREST**

CASE NUMBER: 05-10110-MEL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ──── JEAN MARC NORISCAT ────
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy, in violation of 18 U.S.C. Section 371 and Bank Fraud, in violation of 18 U.S.C. Section 1344.

in violation of Title ___18___ United States Code, Section(s)  371, 1344

Sheila Eskes
Name of Issuing Officer

Operations Supervisor
Title of Issuing Officer

[signature]
Signature of Issuing Officer

4-20-05  Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

RECEIVED
2005 APR 21 A 9:00
U.S. MARSHAL SERVICE
BOSTON, MA

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY FBI
ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/05/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): _____

SOCIAL SECURITY NUMBER (last 4 digits only): _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____