UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERKS OFFICE

UNITED STATES      )        CRIMINAL NO. 05-10110-MEL
                   )
                   )        2005 MAY 11   P 12: 22
V.                 )
                   )        SUBMITTED UNDER SEAL
JEAN NORISCAT      )

### DEFENDANT'S MOTION TO SEAL AND IMPOUND DEFENDANT'S EX-PARTE MOTION FOR EXPENSES RE: INVESTIGATOR

Pursuant to local rule 7.2, Defendant moves that the Court seal and impound the attached Defendant's Ex-Parte Motion for Expenses RE: Investigator. Defendant further moves that the motion remain impounded until further order of this Court.

Respectfully submitted,
Jean Noriscat
By the attorney,

James J. Coviello
303 Main Street
Charlestown, MA  02151
Tel: (617) 242-6832
Fax: (617) 241-0911
BBO No. 550949

Dated: 5/9/5

JJC:TC
Crim,Noriscat,Jean-Motion Seal MotionInvestigator