UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 05-cr-10110** |
| ) | |
| **JEAN NORISCAT** ) | |
| **BURDLEY JEAN** ) | |

ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves to continue the Status Conference currently scheduled for October 25, 2005 until sometime the week of November 28, 2005. The government further moves, pursuant to 18 U.S.C. §3161 (h)(8)(A), to exclude the period of time commencing on October 25, 2005 and ending on the date scheduled for the next status conference in this case. As grounds therefor, the government states that Jonathan Shapiro, the attorney for Defendant Jean is on trial. Moreover, the government anticipates that additional charges will be handed down against these the two defendants between now the week of November 28, 2005.

Defendant Noriscat, through his counsel James Coviello, assents to this motion. Defendant Jean, through his counsel Jonathan Shapiro, also consents to this motion.

WHEREFORE, the United States respectfully request that the Court grant the requested continuance and that the Court find, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that the ends of justice served by granting the requested continuance and exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

        Respectfully Submitted,

        MICHAEL J. SULLIVAN
        United States Attorney
        By:

        /s/ Seth P. Berman
        SETH P. BERMAN
        Assistant U.S. Attorney
        (617) 748-3385

October 24, 2005