UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 05-10110-MEL |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| BURDLEY JEAN, ) | 18 U.S.C. § 371 (Conspiracy) |
| JEAN NORISCAT, ) | 18 U.S.C. § 1344 (Bank Fraud) |
| ANDERSON DEMOSTHENES ) | 18 U.S.C. § 2 (Aiding & Abetting) |
| a/k/a DIMITRI HILAIRE, ) | |
| JAMES ROBERT NORMIL, ) | |
| STEVEN MARCELIN, ) | |
| SHAVONE NOBLE, ) | |
| TYAMISHA TAVARES, ) | |
| EDOUARD DUCARMEL, ) | |
| JUDE CELESTIN, and ) | |
| PETERSON DUMORNAY ) | |
| Defendants. ) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges that at all times material to this Indictment:

1.     BURDLEY JEAN ("JEAN"), JEAN NORISCAT ("NORISCAT"); ANDERSON

DEMOSTHENES, a/k/a DIMITRI HILAIRE and "Andy" ("DEMOSTHENES"); JAMES

ROBERT NORMIL ("NORMIL"), also known as "Bobby"; STEVEN MARCELIN

("MARCELIN"); SHAVONE NOBLE ("NOBLE"); TYAMISHA TAVARES ("TAVARES");

EDOUARD DUCARMEL ("DUCARMEL"); PETERSON DUMORNAY ("DUMORNAY");

and JUDE CELESTIN ("CELESTIN") each lived at one or more addresses in Massachusetts.

2.     JEAN was a former employee of Fleet Bank, whose position at Fleet Bank had

provided him with information regarding how banks encode and process checks.

3.     During 2004, Fleet Bank was acquired by Bank of America. Consequently, the

bank is referred to as Fleet Bank/Bank of America for any events occurring in 2004.

4.    During times material to this indictment, CELESTIN and DUMORNAY were employed by Fleet Bank/Bank of America as Personal Bankers. In that capacity, they each had access to the Fleet Bank/Bank of America computer system that allowed them to view information regarding customer accounts.

## GENERAL ALLEGATIONS

### Overview of Scheme to Defraud

5.    Starting in or before May 2002, JEAN devised a scheme to defraud several federally insured financial institutions in New England.

6.    JEAN obtained, from a variety of sources, including insiders at federally insured financial institutions, the account information of legitimate customers of federally insured financial institutions. JEAN used this information to obtain or create counterfeit checks purportedly drawing on these accounts or to otherwise withdraw money from these accounts.

7.    In some instances in 2002, JEAN entered the target banks and conducted the fraudulent transactions himself.

8.    In or about 2003, JEAN recruited other individuals to physically enter the banks (hereinafter, "runners"), seeking to obscure the link between the criminal conduct and himself, and making it harder for the banks to detect the fraud as it occurred.

9.    The runners entered federally insured financial institutions, including Fleet Bank/Bank of America, Sovereign Bank, Citizens Bank, and other banks, and cashed or deposited the counterfeit checks.

Depositing and Cashing the Counterfeit Checks:

10.    In some instances, runners used counterfeit identification purporting to

2

demonstrate that the runners were the individuals to whom the counterfeit checks were payable in order to convince the banks to cash the counterfeit checks.

11. In other instances, the counterfeit checks purported to be payable to the runner in the runner's true name. In those instances, the runner cashed the checks using the runner's true identity information or deposited the checks into the runner's true bank account.

12. In one or more instances, the defendants, or others working with them, deposited counterfeit checks into bank accounts that purported to be the bank accounts of corporate entities.

Withdrawing the Proceeds of the Counterfeit Checks:

13. In those instances in which counterfeit checks were deposited into bank accounts, the defendants, or others working with the defendants, withdrew some or all of the proceeds from these accounts shortly after the counterfeit checks had been deposited into the accounts.

Further Expanding the Participants:

14. Sometime in 2003 or 2004, JEAN, NORISCAT and DEMOSTHENES began to further insulate themselves from the individuals who physically conducted the fraudulent bank transaction by having subordinates recruit new runners.

15. During the course of 2004, some of the runners themselves began to recruit yet more runners. This allowed the scheme to continue with new sets of runners not previously associated with the illegal conduct, and made it less likely that the banks could detect the fraud as it occurred, further reducing the likelihood that people higher up in the scheme would be recognized as participants in the fraud.

16. After a runner obtained money by cashing the fraudulent checks or withdrawing money from bank accounts into which the fraudulent checks had been deposited, the runner gave

3

the money to the person who drove, guided, or recruited him or her. The driver, guide or recruiter paid the runner, took some of the money for him or herself, and passed the rest of the money up the chain.

17.    In total the scheme targeted over 50 customers at federally insured financial institutions, and resulted in losses and attempted losses to the federally insured financial institutions of well over $1,000,000.

## The Defendants' Roles in the Scheme

18.    Throughout the time period of the scheme, JEAN obtained or created counterfeit checks and caused them to be cashed or deposited at financial institutions in the District of Massachusetts and elsewhere.

19.    During the period from May 2004 through October 2004, some of this account information was provided to JEAN by DUMORNAY and CELESTIN.

20.    JEAN used the information provided by DUMORNAY and CELESTIN, as well as information provided by others known and unknown to the Grand Jury, to obtain or create counterfeit checks.

21.    JEAN provided these counterfeit checks to NORISCAT, DEMOSTHENES, DUCARMEL and others known and unknown to the Grand Jury.

22.    NORISCAT, NOBLE, TAVARES, and DUCARMEL acted as runners.

23.    NORISACT and NOBLE also acted as recruiters, convincing other individuals to act as runners or to otherwise participate in the scheme.

24.    DEMOSTHENES, NORMIL, and MARCELIN also acted as recruiters, convincing other individuals to act as runners or to otherwise participate in the scheme.

4

25.     JEAN, NORISCAT, DEMOSTHENES, NORMIL, MARCELIN, and NOBLE

also sometimes acted as drivers or guides – individuals who drove or accompanied runners to

federally insured financial institutions so that the runners could cash or deposit the counterfeit

checks.

## COUNT ONE
## ALL DEFENDANTS
(Conspiracy – 18 U.S.C. § 371)

THE GRAND JURY FURTHER CHARGES THAT:

26.     Paragraphs 1 through 25 are realleged and incorporated by reference as though

fully set forth herein.

27.     Beginning on a date unknown but no later than April 2003 and continuing until

November 2004, in the District of Massachusetts and elsewhere,

> BURDLEY JEAN,
> JEAN NORISCAT,
> ANDERSON DEMOSTHENES a/k/a DIMITRI HILAIRE,
> JAMES ROBERT NORMIL
> STEVEN MARCELIN,
> SHAVONE NOBLE,
> TYAMISHA TAVARES,
> EDOUARD DUCARMEL,
> JUDE CELESTIN, and
> PETERSON DUMORNAY,

defendants herein, together with others known and unknown to the Grand Jury, knowingly and

unlawfully conspired and agreed with each other to commit an offense against the United States,

namely, to execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits,

assets, securities and other property owned by and under the custody and control of federally

insured financial institutions, namely Fleet Bank/Bank of America, Sovereign Bank, Citizens

Bank, and other financial institutions by means of false and fraudulent pretenses, representations

and promises in violation of Title 18, United States Code, Section 1344.

## OBJECTIVES OF THE CONSPIRACY

28.     The purpose and objective of the conspiracy was to fraudulently obtain money,

funds and other property then under the custody and control of Fleet Bank/Bank of America, Sovereign Bank, Citizens Bank, and other financial institutions, by using forged checks purportedly drawing on the accounts of legitimate customers of Fleet Bank/Bank of America, Sovereign Bank, Citizens Bank and other financial institutions.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the conspirators accomplished the goals of the conspiracy included, among others, the following:

29.    It was part of the conspiracy to defraud that the defendants obtained the account information of legitimate customers of Fleet Bank/Bank of America, Sovereign Bank, Citizens Bank, and other financial institutions.

30.    It was further a part of the conspiracy that the defendants used the account information described above to obtain or create counterfeit checks purportedly drawn on the accounts of legitimate customers of Fleet Bank/Bank of America, Sovereign Bank, Citizens Bank, and other financial institutions.

31.    It was further part of the conspiracy that the defendants cashed these fraudulent checks or deposited the fraudulent checks into accounts at federally insured financial institutions and later withdrew the proceeds from these accounts.

32.    It was further part of the conspiracy that the defendants recruited and encouraged individuals to act as recruiters, runners, drivers and guides. Recruiters convinced other people to act as runners, drivers, guides, and recruiters. Drivers and guides brought runners to banks where the runners conducted fraudulent banking activity, and paid the runners out of the proceeds.

33.    It was further part of the conspiracy that defendants paid all of the participants in

7

the scheme from the proceeds of the fraudulent checks.

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

34.    In furtherance of the conspiracy, and to accomplish the objects of the conspiracy,

the defendants in the District of Massachusetts and elsewhere, performed numerous overt acts,

including but not limited to, the following:

| ACTOR | DATE (on or about) | OVERT ACT |
|---|---|---|
| NORISCAT | 4/03 to 6/03 | Cashed numerous checks purportedly payable to Robert Washington purportedly drawing on the accounts of Perini Corporation, Simon and Marcus, Digiorgio Associates, Inc., Law Office of Scott Scheiderman, and EMC Corporation. |
| NORISCAT | 5/03 to 7/03 | Cashed numerous checks purportedly payable to Shaun Green purportedly drawing on the accounts of Steffian Bradley Architects, Mohawk Village Motors, Inc., David King and Company, Inc., Disability Management Services, Inc., Mosiki Development, Inc., and Advanced Wireless Automation, Inc. |
| JEAN | 5/03 | Recruited a person with the initials F.S. to act as runner. |
| JEAN | 5/03 | Recruited a person with the initials S.S. to act as runner. |
| DUCARMEL | 5/20/03 and 5/21/03 | Cashed three checks purportedly drawing on the account of Mohawk Village Motors, Inc. |
| NORISCAT | 6/18/03 | Cashed and attempted to cash numerous check payable to Robert Washington purportedly drawing on the account of EMC Corporation in Swansea, Somerset, Fall River and Westport, Massachusetts and Bristol, Rhode Island. |
| JEAN and NORISCAT | 6/18/03 | Drove to Fleet Banks in Swansea, Somerset, Fall River and Westport, Massachusetts and to a Fleet Bank in Bristol, Rhode Island to cash counterfeit checks. |
| NORISCAT | 8/03 to 10/03 | Cashed numerous checks purportedly payable to Mike |

8

|  |  | Wilson purportedly drawing on the accounts of Commonwealth Cooperative Bank, Jewish Community Relations Council of Greater Boston, Full Armor Corporation, and Julian Crane & Equipment Corporation. |
|---|---|---|
| NORISCAT AND DEMOSTHENES | 10/20/03 | Drove to Fleet Bank in Londonderry, New Hampshire with intent to cash a check purportedly payable to Mike Wilson purportedly drawing on the account of Julian Crane and Equipment Corporation. |
| NORISCAT | 1/04 | Attempted to cash one or more checks purportedly payable to Ellis Pratt purportedly drawing on the account of Eagle Investment Systems Corporation. |
| NOBLE | 4/04-7/04 | Cashed and deposited numerous checks purportedly drawing on the accounts of Westbank Realty Corp., Corporate Realty Group, Inc., Atlantic Power & Light Company, Hillside Resource and Management, Pohly Partners, and Mason and Martin LLP. |
| NORMIL, MARCELIN and DEMOSTHENES | 5/04 | Recruited and assisted a runner (herein referred to as "Runner1") to cash and deposit numerous checks purportedly drawing on the accounts of Wellesley Companies, Inc. and Starr Realty. |
| DUCARMEL | 5/04-6/04 | Cashed numerous checks purportedly drawing on the account of Starr Realty, Inc., Corporate Realty Group, Inc., and Hillside Resource and Management. |
| TAVARES | 5/04-6/04 | Cashed numerous checks purportedly drawing on the accounts of Starr Realty, Inc., Crown Colony Owners Assoc., Westbank Realty Corp., Corporate Realty Group, Inc., Westray Realty Company, LLC, and Atlantic Power and Light Co. |
| DUMORNAY AND CELESTIN | 5/04 to 10/04 | Accessed the Fleet Bank/Bank of America account information of Chanel, Inc., Fenway Community Health Center, Reali Realty, and Realty Association Fund III, along with numerous other accounts. |
| DUMORNAY, CELESTIN, and JEAN | 5/04 to 10/04 | Placed numerous telephone calls between and among each other to discuss Fleet Bank/Bank of America account information and to monitor the success of the fraudulent |

banking transactions.

| | | |
|---|---|---|
| DUMORNAY | 5/04 to 10/04 | Accessed the Fleet Bank/Bank of America account information of Abbey Landmark Operating LLC, Americana, Atlantic Power & Light Co., Pohly & Partners, Inc., Pratt Ophthalmology Associates, Red Star Contracting, Inc., Sid Wainer and Son Friendly Fruit, Starr Realty, Inc., Suffolk Construction Co., Inc., Tata & Howard, Inc., Global Consult of New Jersey, Global Consulting Group, Global Consulting Group, Inc., Global Consulting Partners, Global Consulting Resources I, Global Consulting, Global Consulting Specialists, Global Consulting Service, Global Consulting Services, and Global Consulting of Reston I, among other accounts. |
| CELESTIN | 6/04 to 10/04 | Accessed the Fleet Bank/Bank of America account information of Dorchester Real Estate, Inc., Hillside Resource & Management, N&W Realty, Inc., Realty Partners, Realty Partners Group, Realty Partners NE II, Realty Partnership, Realty Plus, Realty Production LLC, Westgate Recruiting LLC, Westbank Realty Corporation, and Westray Realty Company, Inc., among other accounts. |
| NOBLE, NORMIL, MARCELIN and DEMOSTHENES | 6/04-7/04 | Recruited and assisted a runner (herein referred to as "Runner2") to cash and deposit numerous checks purportedly drawing on the accounts of Hillside Resource and Management, Pembroke Realty Company, and Westgate Recruiting, LLC. |
| NOBLE, NORMIL, MARCELIN and DEMOSTHENES | 7/04 | Recruited and assisted a runner (herein referred to as "Runner3") to cash numerous checks purportedly drawing on the account of Westgate Recruiting, LLC. |

All in violation of Title 18, United States Code, Section 371.

## COUNTS TWO THROUGH FIVE
### JEAN
(Bank Fraud – 18 U.S.C. § 1344)

THE GRAND JURY FURTHER CHARGES THAT:

35.    Paragraphs 1 through 25 and 28 through 34 are realleged and incorporated by reference as though fully set forth herein.

36.    On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendant,

### BURDLEY JEAN,

did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities and other property owned by and under the custody and control of a federally insured financial institution, namely Citizens Bank, by means of false and fraudulent pretenses, representations and promises, as follows:

| COUNT | DATE (on or about) | TRANSACTION |
|-------|--------------------|-------------|
| 2 | 7/22/02 | Cashed counter check in the amount of $2,500, more or less, purportedly drawing on the account of an individual with the initials R.R. at the Citizens Bank in Roslindale, Massachusetts. |
| 3 | 8/16/02 | Negotiated a checking debit in the amount of $2,500, more or less, purportedly drawing on the account of an individual with the initials R.R. at the Citizens Bank in Roslindale, Massachusetts. |
| 4 | 5/9/03 | Caused a runner with the initials F.S. to cash a counterfeit check at Citizens Bank in Danvers, Massachusetts payable to Jose Morales purportedly drawing on the account of Steffian Bradley Architects for $2,493.07, more or less. |

11

5          5/9/03          Caused a runner with the initials S.S. to cash a counterfeit check at
                           Citizens Bank in Danvers, Massachusetts payable to Sukhdeep
                           Kaur purportedly drawing on the account of Steffian Bradley
                           Architects for $2,493.61, more or less.

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNTS SIX THROUGH NINE
## JEAN AND NORISCAT
(Bank Fraud – 18 U.S.C. § 1344)

### THE GRAND JURY FURTHER CHARGES THAT:

37. Paragraphs 1 through 25 and 28 through 34 are realleged and incorporated by reference as though fully set forth herein.

38. On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendants,

### BURDLEY JEAN and
### JEAN NORISCAT,

in furtherance of the conspiracy alleged in Count 1, did knowingly and willfully execute and

attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities and

other property owned by and under the custody and control of federally insured financial

institutions, namely Fleet Bank/Bank of America and Sovereign Bank, by means of false and

fraudulent pretenses, representations and promises, as follows:

| COUNT | DATE (on or about) | TRANSACTION AND FINANCIAL INSTITUTION |
|-------|--------------------|---------------------------------------|
| 6 | 6/17/03 | Attempted cashing of a check at Sovereign Bank in Framingham, Massachusetts payable to Shaun Green purportedly drawing on the account of Disability Management Services, Inc. in the amount of $2,678.39, more or less. |
| 7 | 6/18/03 | Cashed check at Fleet Bank in Swansea, Massachusetts payable to Robert Washington purportedly drawing on the account of EMC Corporation in the amount of $2,487.31, more or less. |
| 8 | 6/18/03 | Cashed check at Fleet Bank in Somerset, Massachusetts payable to Robert Washington purportedly drawing on the account of EMC Corporation in the amount of $2,693.82, more or less. |

13

9          6/18/03          Cashed check at Fleet Bank in Fall River, Massachusetts payable to
                            Robert Washington purportedly drawing on the account of EMC
                            Corporation in the amount of $2,497.22, more or less.

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT TEN
### JEAN, DUMORNAY and CELESTIN
(Bank Fraud – 18 U.S.C. § 1344)

### THE GRAND JURY FURTHER CHARGES THAT:

39.     Paragraphs 1 through 25 and 28 through 34 are realleged and incorporated by reference as though fully set forth herein.

40.     From on or about July 28, 2004 through on or about August 18, 2004, in the District of Massachusetts and elsewhere, the defendants,

BURDLEY JEAN,
PETERSON DUMORNAY and
JUDE CELESTIN,

in furtherance of the conspiracy alleged in Count 1, did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities and other property owned by and under the custody and control of a federally insured financial institution, namely Fleet Bank/Bank of America, by means of false and fraudulent pretenses, representations and promises by obtaining information necessary to counterfeit a check for $206,857, more or less, purportedly drawing on the account of Fenway Community Health Center, and causing this check to be deposited into the account of Global W. Consulting.

All in violation of Title 18, United States Code, Sections 1344 and 2.

15

## COUNT ELEVEN
## JEAN AND DUCARMEL
(Bank Fraud – 18 U.S.C. § 1344)

### THE GRAND JURY FURTHER CHARGES THAT:

41.     Paragraphs 1 through 25 and 28 through 34 are realleged and incorporated by reference as though fully set forth herein.

42.     On or about May 20, 2003, in the District of Massachusetts and elsewhere, the defendants,

### BURDLEY JEAN and
### EDOUARD DUCARMEL,

in furtherance of the conspiracy alleged in Count 1, did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities and other property owned by and under the custody and control of a federally insured financial institution, namely Sovereign Bank, by means of false and fraudulent pretenses, representations and promises by cashing a check purportedly drawing on the account of Mohawk Village Motors, Inc. for $2,489.47, more or less.

All in violation of Title 18, United States Code, Sections 1344 and 2.

16

## COUNT TWELVE
## JEAN AND DUCARMEL
(Bank Fraud – 18 U.S.C. § 1344)

### THE GRAND JURY FURTHER CHARGES THAT:

43.    Paragraphs 1 through 25 and 28 through 34 are realleged and incorporated by reference as though fully set forth herein.

44.    On or about May 22, 2004, in the District of Massachusetts and elsewhere, the defendants,

### BURDLEY JEAN and
### EDOUARD DUCARMEL,

in furtherance of the conspiracy alleged in Count 1, did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities and other property owned by and under the custody and control of a federally insured financial institution, namely Fleet Bank/Bank of America, by means of false and fraudulent pretenses, representations and promises by cashing a check purportedly drawing on the account of Starr Realty, Inc. for $4,487.38, more or less.

All in violation of Title 18, United States Code, Sections 1344 and 2.

17

## COUNT THIRTEEN
## JEAN, CELESTIN, DEMOSTHENES and NOBLE
(Bank Fraud – 18 U.S.C. § 1344)

THE GRAND JURY FURTHER CHARGES THAT:

45.     Paragraphs 1 through 25 and 28 through 34 are realleged and incorporated by reference as though fully set forth herein.

46.     On or about June 10, 2004, in the District of Massachusetts and elsewhere, the defendants,

BURDLEY JEAN,
JUDE CELESTIN,
ANDERSON DEMOSTHENES, a/k/a DIMITRI HILAIRE and
SHAVONE NOBLE,

in furtherance of the conspiracy alleged in Count 1, did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities and other property owned by and under the custody and control of a federally insured financial institution, namely Fleet Bank/Bank of America, by means of false and fraudulent pretenses, representations and promises by cashing a check purportedly drawing on the account of Westbank Realty Corp. for $5,689.67, more or less.

All in violation of Title 18, United States Code, Sections 1344 and 2.

18

## COUNT FOURTEEN
### JEAN, CELESTIN, NORISCAT and TAVARES
(Bank Fraud – 18 U.S.C. § 1344)

THE GRAND JURY FURTHER CHARGES THAT:

47.    Paragraphs 1 through 25 and 28 through 34 are realleged and incorporated by reference as though fully set forth herein.

48.    On or about June 11, 2004, in the District of Massachusetts and elsewhere, the defendants,

BURDLEY JEAN,
JUDE CELESTIN,
JEAN NORISCAT and
TYAMISHA TAVARES,

in furtherance of the conspiracy alleged in Count 1, did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities and other property owned by and under the custody and control of a federally insured financial institution, namely Fleet Bank/Bank of America, by means of false and fraudulent pretenses, representations and promises by cashing a check purportedly drawing on the account of Westbank Realty Corp. for $4,786.55, more or less.

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT FIFTEEN
### JEAN, DEMOSTHENES, MARCELIN, and NORMIL
(Bank Fraud – 18 U.S.C. § 1344)

THE GRAND JURY FURTHER CHARGES THAT:

49.    Paragraphs 1 through 25 and 28 through 34 are realleged and incorporated by

reference as though fully set forth herein.

50.    On or about May 25, 2004, in the District of Massachusetts and elsewhere, the

defendants,

BURDLEY JEAN,
ANDERSON DEMOSTHENES, a/k/a DIMITRI HILAIRE,
STEVEN MARCELIN, and
JAMES ROBERT NORMIL,

in furtherance of the conspiracy alleged in Count 1, did knowingly and willfully execute and

attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities and

other property owned by and under the custody and control of a federally insured financial

institution, namely Fleet Bank/Bank of America, by means of false and fraudulent pretenses,

representations and promises by causing Runner1 to cash and deposit a check purportedly

drawing on the account of Starr Realty, Inc. for $2,217.88, more or less.

All in violation of Title 18, United States Code, Sections 1344 and 2.

20

## COUNT SIXTEEN
### JEAN, CELESTIN, DEMOSTHENES, MARCELIN, and NOBLE
(Bank Fraud – 18 U.S.C. § 1344)

THE GRAND JURY FURTHER CHARGES THAT:

51.    Paragraphs 1 through 25 and 28 through 34 are realleged and incorporated by

reference as though fully set forth herein.

52.    On or about July 9, 2004, in the District of Massachusetts and elsewhere, the

defendants,

BURDLEY JEAN,
JUDE CELESTIN,
ANDERSON DEMOSTHENES, a/k/a DIMITRI HILAIRE,
STEVEN MARCELIN, and
SHAVONE NOBLE,

in furtherance of the conspiracy alleged in Count 1, did knowingly and willfully execute and

attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities and

other property owned by and under the custody and control of a federally insured financial

institution, namely Fleet Bank/Bank of America, by means of false and fraudulent pretenses,

representations and promises by causing Runner2 to cash a check purportedly drawing on the

account of Westgate Recruiting LLC for $5,596.13, more or less.

All in violation of Title 18, United States Code, Sections 1344 and 2.

21

**COUNT SEVENTEEN**
**JEAN, CELESTIN, DEMOSTHENES, NORMIL, NOBLE**
(Bank Fraud – 18 U.S.C. § 1344)

## THE GRAND JURY FURTHER CHARGES THAT:

53.     Paragraphs 1 through 25 and 28 through 34 are realleged and incorporated by

reference as though fully set forth herein.

54.     On or about July 9, 2004, in the District of Massachusetts and elsewhere, the

defendants,

BURDLEY JEAN,
JUDE CELESTIN,
ANDERSON DEMOSTHENES, a/k/a DIMITRI HILAIRE,
JAMES ROBERT NORMIL, and
SHAVONE NOBLE,

in furtherance of the conspiracy alleged in Count 1, did knowingly and willfully execute and

attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities and

other property owned by and under the custody and control of a federally insured financial

institution, namely Fleet Bank/Bank of America, by means of false and fraudulent pretenses,

representations and promises by causing Runner3 to cash a check purportedly drawing on the

account of Westgate Recruiting, LLC for $5,782.61, more or less.

All in violation of Title 18, United States Code, Sections 1344 and 2.

22

## COUNTS EIGHTEEN and NINETEEN
## MARCELIN
(Bank Fraud – 18 U.S.C. § 1344)

### THE GRAND JURY FURTHER CHARGES THAT:

55.    On or about the dates set forth below, in the District of Massachusetts and

elsewhere, the defendant,

### STEVEN MARCELIN,

did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain

moneys, funds, credits, assets, securities and other property owned by and under the custody and

control of federally insured financial institutions, namely Bank of America and Sovereign Bank,

by means of false and fraudulent pretenses, representations and promises, as follows:

| COUNT | DATE (on or about) | TRANSACTION AND FINANCIAL INSTITUTION |
|-------|------|-------------------------------------|
| 18 | 7/16/05 | Cashed counterfeit checks at Sovereign Bank drawn on the account of NAHF Brockton Limited Partnership. |
| 19 | 8/19/05 | Cashed counterfeit checks at Bank of America drawn on the account of Safety Insurance. |

All in violation of Title 18, United States Code, Sections 1344 and 2.

23

## FORFEITURE ALLEGATIONS
(18 U.S.C. § 982)

THE GRAND JURY FURTHER CHARGES THAT:

1.     The allegations of Counts One through Twenty of this Indictment are hereby re-

alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18,

United States Code, Section 982(a)(2)(A).

2.     Upon conviction of the offenses in violation of Title 18, United States Code,

Sections 371 and 1344, the defendants,

> BURDLEY JEAN,
> JEAN NORISCAT,
> ANDERSON DEMOSTHENES a/k/a DIMITRI HILAIRE,
> JAMES ROBERT NORMIL
> STEVEN MARCELIN,
> SHAVONE NOBLE,
> TYAMISHA TAVARES,
> EDOUARD DUCARMEL,
> JUDE CELESTIN, and
> PETERSON DUMORNAY,

jointly and severally, shall forfeit to the United States, pursuant to Title 18, United States Code,

Section 982(a)(2)(a) any property constituting, or derived from, proceeds obtained, directly or

indirectly, as the result of such violation.

3.     If any of the property described in paragraph 2 hereof as being forfeitable pursuant

to Title 18, United States Code, Section 982(a)(2)(A), as a result of any act or omission of the

defendants --

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred to, sold to, or deposited with a third party;
>
> c. has been placed beyond the jurisdiction of this Court;

24

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without
difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section

982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of all

other property of the defendants up to the value of the property described in subparagraphs a

through e of this paragraph.

All pursuant to Title 18, United States Code, Section 982.

25

A TRUE BILL

FOREPERSON OF THE GRAND JURY

Seth P. Berman
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                    November 30, 2005

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk    12:30PM

26

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____   **Category No.** I _____   **Investigating Agency** FBI_____

**City**  Boston and Elsewhere _____   **Related Case Information:**

**County**  Suffolk and Elsewhere _____   Superseding Ind./ Inf.    Yes _____    Case No.    05-10110-MEL_____
Same Defendant    Yes _____    New Defendant _____
Magistrate Judge Case Number    _____
Search Warrant Case Number    _____
R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  BURDLEY JEAN_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address    20 Reed Street #24 Randolph, MA _____

Birth date (Year only):  1980  SSN (last 4 #):  5436  Sex  M  Race:    Black _____  Nationality:  unknown _____

**Defense Counsel if known:**    **Jonathan Shapiro** _____    **Address:**  90 Canal Street, Suite 500 _____
Boston, MA 02114 _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Seth P. Berman _____    **Bar Number if applicable**  629332 _____

**Interpreter:**    ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**    ☒ Yes    ☐ No

    ☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:**    July 7, 2005 _____

☒ **Already in Federal Custody as**    pretrial detainee _____    **in** _____ .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    **Ordered by** _____    **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    17

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  November 30, 2005    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    __BURDLEY JEAN__ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 371 | Conspiracy | 1 |
| Set 2  18 U.S.C. §1344 | Bank Fraud | 2-17 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _FBI_____

**City** _Boston and Elsewhere_____    **Related Case Information:**

**County** _Suffolk and Elsewhere_____    Superseding Ind./ Inf. _Yes_____    Case No. _05-10110-MEL_

Same Defendant _Yes_____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _JEAN MARC NORISCAT_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _31 Tennis Road #2 Mattapan, MA 02126_____

Birth date (Year only): _1974_ SSN (last 4 #): _8290_ Sex _M_ Race: _Black_____ Nationality: _unknown_____

**Defense Counsel if known:** _James Coviello_____    **Address:** _303 Main Street_____

_Charlsetown, MA 02129_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Seth P. Berman_____    **Bar Number if applicable** _629332_____

**Interpreter:** ☐ Yes ☒ No    List language and/or dialect: _____

**Matter to be SEALED:**    ☒ Yes    ☐ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _4/25/05_____

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial

☒ On Pretrial Release:    Ordered by _J Bowler_____    on    _4/28/05_____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    _6_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** November 30, 2005    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **JEAN MARC NORISCAT** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 371 | Conspiracy | 1 |
| Set 2  18 U.S.C. §1344 | Bank Fraud | 6-9, 14 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_     **Investigating Agency** _FBI_

**City**   Boston and Elsewhere     **Related Case Information:**

**County**   Suffolk and Elsewhere    Superseding Ind./ Inf.    Yes     Case No.    05-10110-MEL
      Same Defendant _____ New Defendant   Yes
      Magistrate Judge Case Number _____
      Search Warrant Case Number _____
      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Anderson Demosthenes        Juvenile    ☐ Yes    ☒ No

Alias Name    Dimitri Hilaire

Address _____

Birth date (Year only): _1978_ SSN (last 4 #): _3099_ Sex _M_ Race:   Black    Nationality: _unknown_

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Seth Berman        **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:**    ☒ Yes    ☐ No

     ☒ **Warrant Requested**      ☐ **Regular Process**      ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ **on** _____

**Charging Document:**    ☐ **Complaint**     ☐ **Information**     ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony**   5

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**   November 30, 2005     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Anderson Demosthenese a/k/a Dimitri Hilaire _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    18 U.S.C. §371 | Conspiracy | 1 |
| Set 2    18 U.S.C. §1344 | Bank Fraud | 13, 15, 16, and 17 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**JS 45 (5/97) - (Revised USAO MA 1/15/04)**

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _FBI_____

**City** _Boston and Elsewhere_____  **Related Case Information:**

**County** _Suffolk and Elsewhere_____  Superseding Ind./ Inf. _Yes_____  Case No. _05-10110-MEL_

Same Defendant _____  New Defendant _Yes_____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _James Robert Normil_____  Juvenile  ☐ Yes  ☒ No

Alias Name _Bobby Normil_____

Address _210 Otis Street , Cambridge, MA 02141_____

Birth date (Year only): _1984_  SSN (last 4 #): _2929_  Sex _M_  Race: _Black_____  Nationality: _unknown_____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Seth Berman_____  **Bar Number if applicable** _____

**Interpreter:**  ☐ Yes  ☒ No  **List language and/or dialect:** _____

**Matter to be SEALED:**  ☒ Yes  ☐ No

☒ **Warrant Requested**  ☐ **Regular Process**  ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .

☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**

☐ **On Pretrial Release:**  **Ordered by** _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  _3_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** **November 30, 2005**     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     James Robert Normil _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1**   18 U.S.C. §371 | Conspiracy | 1 |
| **Set 2**   18 U.S.C. §1344 | Bank Fraud | 15  and 17 |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 8/29/05)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** _I_ _____    **Investigating Agency** _FBI_ _____

**City** _Quincy and elsewhere_ _____    **Related Case Information:**

**County** _Norfolk_ _____    Superseding Ind./ Inf. _Yes_ _____    Case No. _05-10110-MEL_
     Same Defendant _____    New Defendant _Yes_ _____
     Magistrate Judge Case Number _____
     Search Warrant Case Number _____
     Rule 5(c)/40 from District of _____

**Defendant Information:**

Defendant Name _STEVE MARCELIN_ _____    Juvenile   [ ] Yes   [X] No

Alias Name _____

Address _1444 Blue Hill Avenue, Apt. 204, Boston, MA 02136_ _____

Birth date (Year only): _1978_ SSN (last 4 #): _0387_ Sex _M_ Race: _Bl_ _____ Nationality: _USA_ _____

**Defense Counsel if known:** _____ _Mel Norris_ _____    **Address: 260 Boston Post Road**
                                                **Wayland, MA 01778**

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Seth P. Berman_ _____    **Bar Number if applicable** _629332_ _____

**Interpreter:**   [ ] Yes [X] No     **List language and/or dialect:** _____

**Matter to be SEALED:**   [X] Yes   [ ] No

     [ ] **Warrant Requested**      [ ] **Regular Process**      [X] **In Custody**

**Location Status:**

**Arrest Date:** _9/16/05 (on 05-1155-JGD)_ _____

[X] **Already in Federal Custody as** _pretrial detainee_ _____ **in** _____ .
[ ] **Already in State Custody** _____   [ ] **Serving Sentence**   [ ] **Awaiting Trial**
[ ] **On Pretrial Release:**   **Ordered by** _____ **on** _____

**Charging Document:**    [ ] Complaint    [ ] Information    [X] Indictment

**Total # of Counts:**    [ ] Petty _____    [ ] Misdemeanor _____    [X] Felony _5_ _____

**Continue on Page 2 for Entry of U.S.C. Citations**

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date: November 30, 2005**      **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 8/29/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    STEVE MARCELIN _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1344 | Bank Fraud | 15, 16, 18, 19 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _FBI_____

**City** _Boston and Elsewhere_____    **Related Case Information:**

**County** _Suffolk and Elsewhere_____    Superseding Ind./ Inf.    _Yes_____    Case No.    _05-10110-MEL_
                                             Same Defendant    _____    New Defendant _Yes_____
                                             Magistrate Judge Case Number    _____
                                             Search Warrant Case Number    _____
                                             R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name    _Shavone Noble_____    Juvenile    ☐ Yes    ☒ No

Alias Name    _____

Address    _____

Birth date (Year only):    _1983_    SSN (last 4 #):    _3076_    Sex _F_    Race:    _Black_____    Nationality:    _unknown_____

**Defense Counsel if known:**    _____    **Address:**    _____
                                                                      _____

**Bar Number:**    _____

**U.S. Attorney Information:**

**AUSA** _Seth Berman_____    **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes ☒ No    List language and/or dialect:    _____

**Matter to be SEALED:**    ☒ Yes    ☐ No

      ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**    _____

☐ **Already in Federal Custody as** _____    in    _____ .
☐ **Already in State Custody** _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ **On Pretrial Release:**    Ordered by _____    on    _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    _4_____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:** November 30, 2005    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Shavone Noble _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. §371 | Conspiracy | 1 |
| Set 2   18 U.S.C. §1344 | Bank Fraud | 13, 16  and 17 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____  **Category No.** I _____  **Investigating Agency** FBI _____

**City**  Boston and Elsewhere _____  **Related Case Information:**

**County**  Suffolk and Elsewhere _____

Superseding Ind./ Inf.   Yes _____  Case No.   05-10110-MEL
Same Defendant _____  New Defendant  Yes _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Tyamisha Tavares _____  Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only):  1981  SSN (last 4 #):  unk  Sex  F  Race:   Black _____  Nationality:  unknown _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Seth Berman _____  **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**    ☒ Yes    ☐ No

    ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   2 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date:**  November 30, 2005    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant** _____ **Tyamisha Tavares** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §371 | Conspiracy | 1 |
| Set 2  18 U.S.C. §1344 | Bank Fraud | 14 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet    U.S. District Court - District of Massachusetts

Place of Offense: _____    Category No. _I_____    Investigating Agency _FBI_____

City    _Boston and Elsewhere_____    **Related Case Information:**

County    _Suffolk and Elsewhere_____    Superseding Ind./ Inf.    _Yes_____    Case No.    _05-10110-MEL_
                                         Same Defendant    _____    New Defendant _Yes_____
                                         Magistrate Judge Case Number    _____
                                         Search Warrant Case Number    _____
                                         R 20/R 40 from District of    _____

### Defendant Information:

Defendant Name   _Eduoard Ducarmel_____    Juvenile    ☐ Yes    ☒ No

Alias Name    _____

Address    _____

Birth date (Year only): _1978_  SSN (last 4 #): _unk_   Sex _M_ Race:    _Black_____  Nationality: _unknown_____

**Defense Counsel if known:**    _____    Address: _____

**Bar Number:**    _____

### U.S. Attorney Information:

AUSA  _Seth Berman_____    Bar Number if applicable    _____

Interpreter:    ☐ Yes ☒ No    List language and/or dialect:    _____

Matter to be SEALED:    ☒ Yes    ☐ No

    ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**    _____

☐ Already in Federal Custody as    _____    in    _____ .
☐ Already in State Custody    _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____    on    _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _3_____

### Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: **November 30, 2005**    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Eduoard Ducarmel _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §371 | Conspiracy | 1 |
| Set 2  18 U.S.C. §1344 | Bank Fraud | 11-12 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** FBI _____

**City** Boston and Elsewhere _____    **Related Case Information:**

**County** Suffolk and Elsewhere _____

Superseding Ind./ Inf.    Yes _____    Case No.    05-10110-MEL
Same Defendant _____    New Defendant    Yes _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Jude Celestin _____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address    444 Norfolk Street, Matapan, MA _____

Birth date (Year only):  1982  SSN (last 4 #):  2316  Sex  M  Race:    Black _____    Nationality:  USA _____

**Defense Counsel if known:**    Martin Leppo _____    **Address:** 15 South Main Street _____
Randolph, MA 02368 _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Seth Berman _____    **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**    ☒ Yes    ☐ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**    12/22/04 (in connection with 04-10379) _____

☐ **Already in Federal Custody as** _____ **in** _____.
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☒ **On Pretrial Release:**    Ordered by  J Dein _____    **on**    12/22/04 _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    6 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:  November 30, 2005**    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **Jude Celestin** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §371 | Conspiracy | 1 |
| Set 2 | 18 U.S.C. §1344 | Bank Fraud | 10, 13, 14, 16, and 17 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _FBI_____

**City** _Boston and Elsewhere_____    **Related Case Information:**

**County** _Suffolk and Elsewhere_____    Superseding Ind./ Inf. _Yes_____    Case No. _05-10110_____
Same Defendant _____    New Defendant _Yes____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Peterson Dumornay_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _46 Birchwood Road #428 Randolph, MA_____

Birth date (Year only): _1980_ SSN (last 4 #): _1072_ Sex _M_ Race: _Black_____ Nationality: _USA_____

**Defense Counsel if known:** _Roger Witkin_____    **Address:** _6 Beacon Street, Suite 1010_____
_Boston, MA 02108_____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Seth Berman_____    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes    ☐ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _12/22/04 (in connection with 04-10379)_____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☒ **On Pretrial Release:** Ordered by _J Dein_____    on    _12/22/04_____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _2_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date: November 30, 2005    Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Peterson Dumornay _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §371 | Conspiracy | One |
| Set 2  18 U.S.C. §1344 | Bank Fraud | Ten |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: