UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10110-MEL |
| | ) | |
| v. | ) | |
| | ) | |
| BURDLEY JEAN, | ) | |
| JEAN NORISCAT, | ) | FILED |
| ANDERSON DEMOSTHENES | ) | In Open Court |
| a/k/a DIMITRI HILAIRE, | ) | USDC Mass. |
| JAMES ROBERT NORMIL, | ) | Date 12/1/05 |
| STEVEN MARCELIN, | ) | By MWD |
| SHAVONE NOBLE, | ) | Deputy Clerk |
| TYAMISHA TAVARES, | ) | |
| EDOUARD DUCARMEL, | ) | |
| JUDE CELESTIN, and | ) | |
| PETERSON DUMORNAY | ) | |
| Defendants. | ) | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to direct that the Indictment be unsealed in this matter. As grounds therefore, the government states that one of the persons named in the indictment is in custody, and unsealing the indictment is necessary to proceed with the prosecution.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Seth P. Berman
Seth P. Berman
Assistant U.S. Attorney

Date: December 1, 2005

[handwritten margin note: December 1, 2005. Allowed. Morianne B. Bowler, USMJ]