UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | CRIMINAL NO.. |
| ) | 05-cr-10110 |
| v. ) | |
| ) | |
| BURDLEY JEAN, et al ) | |
| Defendant. ) | |

ORDER OF RECUSAL

LASKER, S.D.J.

I hereby recuse myself from this case in order to avoid

a potential conflict of interest.

See 28 U.S.C. sec. 455 (b)(4).

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated: 12/06/05                        /s/ George H. Howarth
Boston, Massachusetts                        Deputy Clerk