UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>    )<br>    v.    )<br>    )<br>**BURDLEY JEAN,**    )<br>**JEAN NORISCAT,**    )<br>**ANDERSON DEMOSTHENES**    )<br>a/k/a **DIMITRI HILAIRE,**    )<br>**JAMES ROBERT NORMIL,**    )<br>**STEVEN MARCELIN,**    )<br>**SHAVONE NOBLE,**    )<br>**TYAMISHA TAVARES,**    )<br>**EDOUARD DUCARMEL,**    )<br>**JUDE CELESTIN, and**    )<br>**PETERSON DUMORNAY**    )<br>    **Defendants.**    ) | **CRIMINAL NO. 05-10110-MLW** |

ASSENTED TO MOTION TO EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves pursuant to 18 U.S.C. §3161 (h)(8)(A), to exclude the period of time commencing on January 26, 2006 and ending on March 14, 2006. As grounds therefor, the government states that discover is ongoing.

Each of the defendants, through their respective counsel, assented in open court to this motion.

WHEREFORE, the United States respectfully request that the Court find, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendants in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

          Respectfully Submitted,

          MICHAEL J. SULLIVAN
          United States Attorney
          By:

          /s/ Seth P. Berman
          SETH P. BERMAN
          Assistant U.S. Attorney
          (617) 748-3385

January 27, 2006