UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>                                                       )<br>     v.                                              )<br>                                                       )<br>BURDLEY JEAN,                            )<br>JEAN NORISCAT,                         )<br>ANDERSON DEMOSTHENES  )<br>a/k/a DIMITRI HILAIRE,                )<br>JAMES ROBERT NORMIL,           )<br>STEVEN MARCELIN,                    )<br>SHAVONE NOBLE,                       )<br>TYAMISHA TAVARES,                 )<br>EDOUARD DUCARMEL,               )<br>JUDE CELESTIN, and                   )<br>PETERSON DUMORNAY             )<br>     Defendants.                               ) | CRIMINAL NO. 05-10110-MLW |

Status Report

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, files the following status report with the Court:

1.     Discovery is not yet complete.  Though the Govenment has provided significant discovery to the defendants, there are a few requests for relevant documents not in the possession of the federal government that are outstanding and that will be completed within the next few. Moreover, the Government has not yet completed translating some recorded statements of the some of the defendants into English.

2.     The Government anticipate that there will be additional discovery relating to the future receipt of information, documents or reports of examinations, including, among other things, information relating to witnesses that the Government may call at trial, but with whom

the Government has not yet reached plea agreements.

3. The Government does not believe that any of the defendants intend to raise a defense of insanity or public authority.

4. The Government has not requested notice of alibi from the defendants.

5. The Government believes that some of the defendants intend to file dispositive motions prior to trial in this matter.

6. Defendants Noriscat and Tavares have each signed plea agreements with the Government. In addition, defendants Noble and Normil have indicated that they intend to plead guilty in this matter. The Government requests that each of these four defendants be referred to the District Court so that Rule 11 hearings can be scheduled. It is not yet known whether the charges against the remaining six defendants' case will be resolved through a change of plea.

7. The Government request that the Court exclude the period from May 15, 2006 through the next status conference scheduled in this matter under 18 U.S.C. § 3161(h)(1)(F).

8. Were this case to proceed to trial, the government would need fifteen trial days to present its case in chief.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney
By:

/s/ Seth P. Berman
SETH P. BERMAN
Assistant U.S. Attorney
(617) 748-3385

May 12, 2006