# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10110-MLW

UNITED STATES OF AMERICA

v.

JEAN MARC NORISCAT
JAMES ROBERT NORMIL
SHAVONE NOBLE
TYAMISHA TAVARES

## FINAL STATUS REPORT

MAY 16, 2006

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the Chief Judge to whom this case is assigned, to wit:

    1. The Superseding Indictment in the above-entitled case, which charges all defendants with conspiracy and bank fraud, was returned on November 30, 2005;

    2. Defendant Noriscat was arraigned on the Superseding Indictment on December 8, 2005, defendant Normil was arraigned on December 16, 2005, defendant Tavares was arraigned on January 5, 2006 and defendant Noble was arraigned on January 6, 2006;

    3. None of the defendants is currently in custody;

    4. At the time of arraignment, the government estimated that it would call up to 20 witnesses and that trial would last approximately three weeks;

    5.  The government has stated that the case against these defendants will be resolved by way of plea;

    6.  The government has filed an assented-to motion to exclude the time from May 15, 2006 until July 11, 2006, and;

    7.  This case is hereby returned to the Chief Judge to whom the case is assigned.


    /s/ Marianne B. Bowler  
    MARIANNE B. BOWLER  
    UNITED STATES MAGISTRATE JUDGE