UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 05-10110-MLW** |
| V. | |
| **JEAN MARC NORISCAT, TYAMISHA TAVARES, SHAVONE NOBLE and JAMES ROBERT NORMIL**<br>      **Defendant(s)** | |

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on <u>JUNE 23, 2006</u> at 1:30 P.M. before Chief Judge Wolf in Courtroom # <u>10</u> on the <u>5</u>th floor.

                                                                                                SARAH A. THORNTON
                                                                                                CLERK OF COURT

| | | |
|---|---|---|
| **June 12, 2006** | By: | **/s/ Dennis O'Leary** |
| Date | | Deputy Clerk |

**Notice to:**
(crim-notice.wpd - 7/99)                                                        [ntchrgcnf.]
                                                                                               [kntchrgcnf.]