UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | CRIMINAL NO. 05-10110 |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| JEAN NORISCAT | ) | |

___

**ASSENTED TO MOTION TO CONTINUE RULE 11 HEARING**
___

Now comes the defendant in the above-referenced matter and respectfully requests this court reschedule the Rule 11 hearing currently set for June 23, 2006 at 1:30 p.m.

In support thereof, the defense counsel states that at that time and date he will be on trial in the case of <u>Commonwealth</u> <u>v</u>. <u>Paul Hurley</u>, MICR No. 02-1191.

Furthermore, the government assents to this motion.

| | |
|---|---|
| Assented to, | Respectfully submitted |
| By AUSA Seth Berman | By the Attorney, |
| | |
| __s/Seth Berman_____ | __s/James Coviello___ |
| AUSA Seth Berman | James J. Coviello |
| U.S. Attorney's Office | 303 Main Street |
| US District Court | Charlestown, MA  02151 |
| 1 Courthouse Way | Tel: (617)242-6832 |
| Boston, MA  02210 | Fax: (617) 241-0911 |
| | BBO No.550949 |
| Dated:____6/19/06_____ | Dated: _____6/19/06_____ |

JJC:kmm
(Crim)(Noriscat,J)AssentMotCont