UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>     )<br>v.     )<br>     )<br>BURDLEY JEAN,     )<br>JEAN NORISCAT,     )<br>ANDERSON DEMOSTHENES     )<br>a/k/a DIMITRI HILAIRE,     )<br>JAMES ROBERT NORMIL,     )<br>STEVEN MARCELIN,     )<br>SHAVONE NOBLE,     )<br>TYAMISHA TAVARES,     )<br>EDOUARD DUCARMEL,     )<br>JUDE CELESTIN, and     )<br>PETERSON DUMORNAY     )<br>     Defendants.     ) | CRIMINAL NO. 05-10110-MLW |

ASSENTED TO MOTION TO EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves pursuant to 18 U.S.C. §3161 (h)(8)(A), to exclude the period of time commencing on September 7, 2006 and ending on November 16, 2006. As grounds therefor, the government states that discover and plea negotiations are ongoing.

Each of the defendants, through their respective counsel, assent to this motion.

WHEREFORE, the United States respectfully request that the Court find, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendants in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

        Respectfully Submitted,

        MICHAEL J. SULLIVAN
        United States Attorney
        By:

        /s/ Seth P. Berman
        SETH P. BERMAN
        Assistant U.S. Attorney
        (617) 748-3385

September 8, 2006