```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

Criminal No. 05-10110 (MLW)

UNITED STATES

v.

JEAN NORISCAT

_____

**REQUEST FOR MODIFICATION OF A PRE-TRIAL CONDITION**
_____

Now comes the defendant, Jean Noriscat, in the above-referenced matter and respectfully requests that this Honorable Court allow a modification of a pre-trial condition.

In particular, the defendant requests that his residence be changed from the present residence of 154 Wheeler Circle, Stoughton, Massachusetts to a Massachusetts address known to counsel and pre-trial services.

Counsel requests that the address not be made public record for safety reasons.  The defendant has notified Mr. O'Brien from pre-trial services of this request.

```
                              Respectfully submitted
                              By the Attorney,

                              __/s/James J. Coviello___
                              James J. Coviello
                              The Charlestown Navy Yard
                              33 Third Avenue
                              Charlestown, MA  02151
                              Tel: (617)242-6832
                              Fax: (617) 241-0911
                              BBO No.550949
```

Dated: ___9/22/06_____

JJC:kmm
(Crim)(Noriscat,J)ReqModPreTrialCond