UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                    **CRIMINAL CASE**

                                                                       **NO. 05-10110-MLW**
                        V.

**JEAN MARC NORISCAT**
         **Defendant(s)**


## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on **NOVEMBER 15, 2006** at 10:00 A.M. before Chief Judge Wolf in Courtroom # **10** on the **5th** floor.


                                                            SARAH A. THORNTON
                                                            CLERK OF COURT


**November 7, 2006**                    By:    **/s/ Dennis O'Leary**
         Date                                                **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)                            [ntchrgcnf.]
                                                                [kntchrgcnf.]