UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10110

| United States of America | Jean Marc Noriscat |
|---|---|
| PLAINTIFF | DEFENDANT |
| Seth Berman | James Coviello |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER  Romanow

CLERK'S NOTES

| DATES: | Rule 11 Hearing |
|---|---|
| 11/15/06 | Defendant takes the stand and is sworn |
| | Plea colloquy started |
| | Court marks plea agreement as exhibit 1 of today's date |
| | Plea colloquy continues |
| | Government summarizes the evidence it would have presented had the case gone to trial |
| | Defendant agrees with the government's summary and changes his plea to guilty |
| | Court accepts the defendant's plea and directs the clerk to enter the same |
| | Court continues the defendant's release on the same conditions at the government's request |
| | Sentencing set for February 7, 2007 at 3:00 PM - procedural order to issue |
| | Government advises the court of the status of the case with regard to the remaining defendants |
| | Court instructs the clerk to speak with the magistrate judge's session to make sure the case is advanced |
| | to the district judge as soon as practical |
| | Court orders that the transcription of the tapes be completed by December 15, 2006 |