UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) | |
| BURDLEY JEAN, ) | |
| JEAN NORISCAT, ) | |
| ANDERSON DEMOSTHENES ) | |
| a/k/a DIMITRI HILAIRE, ) | CRIMINAL NO. 05-10110-MLW |
| JAMES ROBERT NORMIL, ) | |
| STEVEN MARCELIN, ) | |
| SHAVONE NOBLE, ) | |
| TYAMISHA TAVARES, ) | |
| EDOUARD DUCARMEL, ) | |
| JUDE CELESTIN, and ) | |
| PETERSON DUMORNAY ) | |
| Defendants. ) | |

Status Report

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, files the following status report with the Court:

1. Discovery is almost complete. The only remaining discovery from the government, other than those things require 21 days or fewer before trial, is the transcript and translation of certain tapes that have been turned over to the defendants. The transcript and translation is not yet completed. Judge Wolf ordered on November 15, 2006 that it be produced by December 15, 2006. The government will produce the translation by that date.

2. The Government anticipate that there will be additional discovery relating to the future receipt of information, documents or reports of examinations, including, among other things, information relating to witnesses that the Government may call at trial, but with whom

the Government has not yet reached plea agreements.

3. The Government does not believe that any of the defendants intend to raise a defense of insanity or public authority.

4. The Government has not requested notice of alibi from the defendants.

5. The Government believes that some of the defendants intend to file dispositive motions prior to trial in this matter.

6. Defendants Edouard and Demosthenes have both indicated a willingness to plead guilty in this matter. The Government requests that these two defendants be referred to the District Court so that a Rule 11 hearing can be scheduled. For the remaining three defendants – Jean, Celetin and Dumornay – the parties request a final status conference the week of December 18, 2006, and anticipate that at that time the case will be ready to be sent to the District Court.

7. The Government request that the Court exclude the period from November 16, 2006 through the next status conference scheduled in this matter under 18 U.S.C. §3161(h)(1)(F).

8. Were this case to proceed to trial, the government would need fifteen trial days to present its case in chief.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney
By:

/s/ Seth P. Berman
SETH P. BERMAN
Assistant U.S. Attorney
(617) 748-3385

November 15, 2006