UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                                )
       v.                     )
                                )
BURDLEY JEAN, )
JEAN NORISCAT, )
ANDERSON DEMOSTHENES )
a/k/a DIMITRI HILAIRE, )     CRIMINAL NO. 05-10110-MLW
JAMES ROBERT NORMIL, )
STEVEN MARCELIN, )
SHAVONE NOBLE, )
TYAMISHA TAVARES, )
EDOUARD DUCARMEL, )
JUDE CELESTIN, and )
PETERSON DUMORNAY )
     Defendants. )

ASSENTED TO MOTION TO EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J.

Sullivan and Assistant United States Attorney Seth P. Berman, moves pursuant to 18 U.S.C.

§3161 (h)(1)(F) and (h)(8)(A), to exclude the period of time commencing on November 16, 2006

and ending on February 5, 2007.  As grounds therefor, the government states that one of the

defendants has requested time to file a motion to suppress.  The Court has scheduled this time for

discovery to be completed, the motion to be filed, and the government to respond.

Each of the defendants, through their respective counsel, assent to this motion.

WHEREFORE, the United States respectfully request that the Court find, under 18 U.S.C. §3161(h)(1)(F), (h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendants in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney
By:

/s/ Seth P. Berman
SETH P. BERMAN
Assistant U.S. Attorney
(617) 748-3385

November 16, 2006