UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>BURDLEY JEAN,          )<br>JEAN NORISCAT,        )<br>ANDERSON DEMOSTHENES )<br>a/k/a DIMITRI HILAIRE,   )<br>JAMES ROBERT NORMIL,  )<br>STEVEN MARCELIN,      )<br>SHAVONNE NOBLE,      )<br>TYAMISHA TAVARES,    )<br>EDOUARD DUCARMEL,   )<br>JUDE CELESTIN, and     )<br>PETERSON DUMORNAY  )<br>    Defendants.        ) | CRIMINAL NO. 05-10110-MLW |

## STATUS REPORT

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, hereby provides the Court with the following status report:

1. Four defendants have previously pled guilty in this matter: Jean Noriscat, James Robert Normil, Shavonne Noble, and Tyamisha Tavares.

2. Sentencing for Jean Noriscat is currently scheduled for February 7, 2006. The other three defendants do not currently have a scheduled sentencing date.

3. Defendant Edouard Ducarmel has agreed to pled guilty in this matter, and is in the process of finalizing a plea agreement with the United States Attorney's Office.

4. The remaining four remaining defendants, Burdley Jean, Anderson Demosthenes, Jude Celestin and Peterson Dumornay, are awaiting the final translation of several recorded

conversations that the Court ordered to be provided by December 15, 2006.  In addition, Burdley Jean has asked Magistrate Judge Bowler for a briefing schedule for a motion to suppress. Magistrate Judge Bowler ordered that the defendants filed dispostive motions by January 15, 2006, and ordered that the government reply by February 5, 2006.

5.      Given that the case is very unlikely to be resolved prior to a hearing or other disposition on the defendant's motion to suppress, a hearing that would be held sometime after February 5, 2006, an appropriate date for sentencing of the four defendant's who have already pled cannot be determined at this time.

                                        Respectfully Submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney
                                        By:

                                        /s/ Seth P. Berman
                                        SETH P. BERMAN
                                        Assistant U.S. Attorney
                                        (617) 748-3385

November 16, 2006