UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | CRIMINAL NO. 05-10110 (MLW) |
| | ) | |
| V. | ) | |
| | ) | |
| JEAN NORISCAT | ) | |

_____

**ASSENTED TO MOTION TO CONTINUE SENTENCING DATE**
_____

    Now comes the Defendant, Jean Noriscat, in the above-referenced matter and respectfully requests that this honorable court reschedule the sentencing hearing currently set for February 7, 2007 to a date in either the month of March or April 2007.

    In support thereof, defense counsel states that due to a late occurring scheduling conflict, he has had to reschedule the pre-sentence interview with the probation department.  Efforts are being made to schedule the pre-sentence interview before defense counsel leaves for holiday vacation.

    As grounds therefore, counsel states that a continuance of the sentencing hearing is in the interest of justice.

| | |
|---|---|
| Assented to, | Respectfully submitted, |
| By the Attorney, | By the Attorney, |
| | |
| _/s/Seth Berman_____ | _/s/James J. Coviello_ |
| AUSA Seth Berman | James J. Coviello |
| Joseph Moakley Courthouse | The Charlestown Navy Yard |
| 1 Courthouse Way | 33 Third Avenue |
| Suite 9200 | Boston, MA  02119 |
| Boston, MA  02210 | Tel: (617) 242-6832 |
| | Fax: (617) 241-0911 |
| | BBO No. 550949 |

Crim-Noriscat,J.-AssntMotContSentDate