UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 05-10110 (MLW)

UNITED STATES

v.

JEAN NORISCAT

_____

**REQUEST FOR MODIFICATION OF A PRE-TRIAL RELEASE CONDITION**
_____

Now comes the Defendant, Jean Noriscat, in the above-referenced matter and respectfully requests that this Honorable Court allow a modification of a pre-trial release condition.

In particular, the Defendant requests that he be able to change his residence from the present address to a Massachusetts address known to counsel and pre-trial services.

Counsel requests that the new address not be made public record for safety reasons. The Defendant has notified Mr. O'Brien from pre-trial services of this request.

                                                Respectfully submitted
                                                By the Attorney,

                                                __/s/James J. Coviello___
                                                James J. Coviello
                                                The Charlestown Navy Yard
                                                33 Third Avenue
                                                Charlestown, MA  02151
                                                Tel: (617)242-6832
                                                Fax: (617) 241-0911
                                                BBO No.550949

Dated: _____

JJC:kmm
(Crim)(Noriscat,J)ReqModPreTrialCond