IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| BURDLEY JEAN, ) | |
| JEAN NORISCAT, ) | |
| ANDERSON DEMOSTHENES ) | |
| a/k/a DIMITRI HILAIRE, ) | CRIMINAL NO. 05-10110-MLW |
| JAMES ROBERT NORMIL, ) | |
| STEVEN MARCELIN, ) | |
| SHAVONE NOBLE, ) | |
| TYAMISHA TAVARES, ) | |
| EDOUARD DUCARMEL, ) | |
| JUDE CELESTIN, and ) | |
| PETERSON DUMORNAY, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF APPEARANCE

Please enter my appearance for the United States in the above captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ John A. Capin

By:  _____

JOHN A. CAPIN
Assistant U.S. Attorney