UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
         v.                         )    CRIMINAL NO. 05-10110-MLW
                                    )
Burdley Jean, et al.,               )
                                    )
         Defendants                 )
                                    )
_____)

**Government's Assented-to Motion for Additional Time
-- to February 15, 2007 --
<u>Within Which to File Opposition to Defendant Burdley Jean's Motion to Supress</u>**

The United States, with the assent of defendant Burdley Jean, moves the Court to extend by ten days, until February 15, 2007, the period within which the government must file an opposition to Defendant's Motion to Suppress. As grounds, the government states as follows:

1.   On January 15, 2007, defendant Burdley Jean filed Defendant's Motion to Suppress. Docket Entry No. 96. Pursuant to the Final Status Report issued by the Court (Bowler, M.J.) on November 16, 2006, the government's opposition to the Defendant's Motion to Suppress must be filed on or before February 5, 2007. *See* Docket Entry 90

2.   The Assistant U.S. Attorney responsible for this prosecution has decided to leave the U.S. Attorney's Office and will do so imminently. The undersigned Assistant U.S. Attorney has assumed responsibility for the case.

3.   Because the undersigned Assistant U.S. Attorney is new to the case and because of the press of other business, the government requires additional time to file its opposition to the defendant's motion.

4.     Defendant Burdley Jean assents to the government's request for additional time.

Wherefore, the government requests leave to file an opposition to Defendant's Motion to Suppress on or before February 15, 2007.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                                /s/ John A. Capin
By:     _____
                                                JOHN A. CAPIN
                                                Assistant U.S. Attorney