UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10110-MLW |
| ) | |
| BURDLEY JEAN, ET. AL., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE OF S. WAQAR HASIB**

Please enter and add the appearance of Assistant U.S. Attorney S. Waqar Hasib for the United States of America in the above-captioned matter.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                     By:   /s/ S. Waqar Hasib
                          S. WAQAR HASIB
                          Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                By:   /s/ S. Waqar Hasib
                                        S. WAQAR HASIB
                                        Assistant U.S. Attorney

Date: February 12, 2007