UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| BURDLEY JEAN, | ) | |
| JEAN NORISCAT, | ) | |
| ANDERSON DEMOSTHENES, a/k/a | ) | |
|     DIMITRI HILAIRE, | ) | |
| JAMES ROBERT NORMIL, | ) | CRIMINAL NO. 05-10110-MLW |
| STEVEN MARCELIN, | ) | |
| SHAVONNE NOBLE, | ) | |
| TYAMISHA TAVARES, | ) | |
| EDOUARD DUCARMEL, | ) | |
| JUDE CELESTIN, and | ) | |
| PETERSON DUMORNAY, | ) | |
| | ) | |
|     Defendants. | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING
(WITH RESPECT TO DEFENDANT JEAN NORISCAT)**

The government hereby respectfully moves this Court to continue the sentencing of defendant Jean NORISCAT in this matter, currently scheduled for March 2, 2007, to a later date.

The government makes this request because it anticipates possibly filing a Motion in support of a reduced sentence for NORISCAT, but in any event would not be in a position to file such a Motion until the trial of co-defendant Burdley JEAN. No trial date has been set in that matter as yet.

Counsel for defendant NORISCAT indicated in a phone conversation with undersigned counsel on February 20, 2007, that he assents to this Motion. Therefore, the government

1

respectfully requests that this Motion be granted, and that the sentencing of defendant NORISCAT be scheduled for a later date.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                         By:   /s/ S. Waqar Hasib
                              S. WAQAR HASIB
                              Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

```
                              /s/ S. Waqar Hasib
                              S. WAQAR HASIB
                              Assistant U.S. Attorney
```

Date: February 20, 2007