UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.             )<br>)<br>BURDLEY JEAN,                )<br>JEAN NORISCAT,               )<br>ANDERSON DEMOSTHENES  )<br>a/k/a DIMITRI HILAIRE,        )<br>JAMES ROBERT NORMIL,     )<br>STEVEN MARCELIN,            )<br>SHAVONNE NOBLE,            )<br>TYAMISHA TAVARES,         )<br>EDOUARD DUCARMEL,       )<br>JUDE CELESTIN, and          )<br>PETERSON DUMORNAY     )<br>    Defendants.              ) | CRIMINAL NO. 05-10110-MLW |

## STATUS REPORT

In accordance with the Court's Order of May 25, 2007, the government hereby reports that it has conferred with the defendants and that this case is not resolved and will not be resolved prior to the hearing on defendant Burdley Jean's Motion to Suppress scheduled to be held on June 19, 2007.

                                    Respectfully Submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney
               By:
                                    /s/ John A. Capin
                                    JOHN A. CAPIN
                                    S. WAQAR HASIB
                                    Assistant U.S. Attorneys
                                    (617) 748-3264

Dated: June 1, 2007