UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| BURDLEY JEAN, ) | |
| JEAN NORISCAT, ) | |
| ANDERSON DEMOSTHENES ) | |
| a/k/a DIMITRI HILAIRE, ) | CRIMINAL NO. 05-10110-MLW |
| JAMES ROBERT NORMIL, ) | |
| STEVEN MARCELIN, ) | |
| SHAVONNE NOBLE, ) | |
| TYAMISHA TAVARES, ) | |
| EDOUARD DUCARMEL, ) | |
| JUDE CELESTIN, and ) | |
| PETERSON DUMORNAY ) | |
| Defendants. ) | |

STATUS REPORT

In accordance with the Court's Order of August 7, 2007, the government hereby reports that it has conferred with the defendants with regard to whether resolution of this case can be reached short of trial. Certain of the defendants have stated that no such resolution is likely and that they intend to proceed to trial. The government is engaged in discussions with certain others with regard to the possibility of a change of plea. If, as a result of those discussions, any defendant indicates an intent to plead guilty, the government will report to the Court forthwith.

                                        Respectfully Submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney
                          By:

                                        /s/ John A. Capin
                                        JOHN A. CAPIN
                                        Assistant U.S. Attorney
Dated: August 21, 2007            (617) 748-3264