UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| BURDLEY JEAN, ) | |
| JEAN NORISCAT, ) | |
| ANDERSON DEMOSTHENES ) | |
| a/k/a DIMITRI HILAIRE, ) | CRIMINAL NO. 05-10110-MLW |
| JAMES ROBERT NORMIL, ) | |
| STEVEN MARCELIN, ) | |
| SHAVONNE NOBLE, ) | |
| TYAMISHA TAVARES, ) | |
| EDOUARD DUCARMEL, ) | |
| JUDE CELESTIN, and ) | |
| PETERSON DUMORNAY ) | |
| Defendants. ) | |

STATUS REPORT (9/21/07)

In accordance with the Court's Order of August 23, 2007, the government hereby reports that it has conferred with the defendants with regard to whether resolution of this case can be reached short of trial. Although none of the defendants has indicated an intent to change his plea, the government's discussions with certain of the defendants is ongoing. If, as a result of those discussions, any defendant indicates an intent to plead guilty, the government will report to the Court forthwith.

                                        Respectfully Submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney
                         By:

                                        /s/ John A. Capin
                                        JOHN A. CAPIN
                                        Assistant U.S. Attorney
Dated: September 21, 2007            (617) 748-3264