```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
     v.                       ) CRIMINAL NO. 05-10110-MLW
                              )
BURDLEY JEAN, ET. AL.,        )
                              )
     Defendants.              )
```

## MOTION TO WITHDRAW

The undersigned Assistant U.S. Attorney respectfully moves to withdraw from the above-referenced case. As grounds therefore, as of August 6, 2007, undersigned was transferred to the U.S. Attorney's Office for the Northern District of California. As such, the case is now being handled by Assistant U.S. Attorney John A. Capin of the District of Massachusetts, who filed an appearance on February 2, 2007. (Docket No. 98).

```
                    Respectfully submitted,

                    SCOTT N. SCHOOLS
                    United States Attorney
                    Northern District of California

               By:  /s/ S. Waqar Hasib
                    S. WAQAR HASIB
                    Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

    I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 16th day of November, 2007

|  |  |
|---|---|
|  | /s/ S. Waqar Hasib |
|  | S. WAQAR HASIB |
| San Francisco, California | Assistant U.S. Attorney |