UNITED STATES DISTRICT COURT
DISTRICT OF

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL NO. 05-10110-MLW** |
| v. ) | |
| ) | |
| **BURDLEY JEAN, et al.** ) | |

ASSENTED-TO MOTION FOR ADDITIONAL TIME
TO FILE MOTIONS IN LIMINE AND A TRIAL BRIEF

The United States, with the assent of defendants Jean, Marcelin, Dumornay, and Edouard,[1] moves the Court to extend by ten days, until November 26, 2007, the period within which the government may file motions in limine and a trial brief. As grounds, the government states as follows:

1.  In its scheduling order, the Court established November 16, 2007 as the deadline for the filing of proposed jury instructions, proposed voir dire questions, motions in limine, and trial briefs.

2.  The government has, on this date, filed its proposed jury instructions and voir dire questions. However, because of the press of other cases and because the undersigned assistant U.S. attorney has plans to be away from the office during much of the upcoming week, the government requires additional time to submit any motions in limine and its trial brief.

---

[1] Undersigned counsel was unable to reach counsel for Anderson Demosthenes, the only other defendant going to trial, to confer with regard to this motion.

3. Trial is scheduled to commence on January 14, 2008. The requested extension of time will not prejudice the defendants.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ John A. Capin
JOHN A. CAPIN
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, John A. Capin, Assistant U.S. Attorney, do hereby certify that I have, on November 16, 2007, caused a true and accurate copy of the foregoing to be served upon all counsel of record by filing the document with the Court electronically.

/s/ John A. Capin

JOHN A. CAPIN
Assistant U.S. Attorney