UNITED STATES DISTRICT COURT
DISTRICT OF

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) ) ) | **CRIMINAL NO. 05-10110-MLW** |
| v. ) ) |  |
| **BURDLEY JEAN, et al.** ) ) |  |

MOTION FOR ADDITIONAL TIME
TO FILE OPPOSITIONS TO MOTIONS IN LIMINE

     The United States hereby moves the Court to extend by two weeks, until December 14, 2007, the period within which the government may file opposition to motions in limine. As grounds, the government states as follows:

     1.     In its scheduling order, the Court established November 30, 2007 as the deadline for the filing oppositions to motions in limine.

     2.     One defendant – Dumornay – has filed motions in limine and two defendants – Jean and Demosthenes – have been granted leave to file such motions on November 30 and December 3, 2007, respectively.

     3.     In the interest in efficiency, the government seeks until December 14 – eleven days after the deadline for motions by Demosthenes – to file its opposition to all defense motions in limine.

     4.     Trial is scheduled to commence on January 14, 2008. The requested extension of

time will not prejudice the defendants.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                          /s/ John A. Capin
                    By:      _____
                                          JOHN A. CAPIN
                                          Assistant U.S. Attorney

                                   CERTIFICATE OF SERVICE

     I, John A. Capin, Assistant U.S. Attorney, do hereby certify that I have, on November 29, 2007, caused a true and accurate copy of the foregoing to be served upon all counsel of record by filing the document with the Court electronically.

                                          /s/ John A. Capin
                                          _____
                                          JOHN A. CAPIN
                                          Assistant U.S. Attorney