UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 05-10110 (MLW)

UNITED STATES

v.

JEAN NORISCAT

_____

**NOTICE OF CHANGE OF CONTACT INFORMATION**
_____

Attorney James J. Coviello hereby provides notice that his contact information is now as follows:

Law Office of James J. Coviello
The Charlestown Navy Yard
One Constitution Center, Suite 100
Boston, Massachusetts 02129
Tel: 617-242-6832
Fax: 617-241-0911
Email: jjclawoffice@verizon.net

Respectfully Submitted
By the Attorney,

Dated: December 27, 2007        /s/ James J. Coviello
James J. Coviello
The Charlestown Navy Yard
One Constitution Center, Suite 100
Charlestown, MA  02129
Tel: (617) 242-6832
Fax: (617) 241-0911
BBO No. 550949

(Crim) Noriscat, J.-07-12-27-Notice of Change Contact Info