UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  05-10110-MLW |
| | ) | |
| BURDLEY JEAN, et al. | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please enter and add the appearance of Assistant U.S. Attorney James P. Dowden for the United States of America in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: December 28, 2007        By:        */s/ James P. Dowden*
                                          JAMES P. DOWDEN
                                          Assistant U.S. Attorney
                                          (617) 748-3800

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 28, 2007.

                                              */s/ James P. Dowden*
                                              James P. Dowden
                                              Assistant U.S. Attorney