UNITED STATES DISTRICT COURT
DISTRICT OF

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v. )<br>)<br>**BURDLEY JEAN, et al.** )<br>) | **CRIMINAL NO. 05-10110-MLW** |

MOTION FOR ADDITIONAL TIME
TO FILE STIPULATIONS OF FACT

The United States hereby moves the Court to extend by five days, until January 9, 2008, the period within which the parties may file stipulations of facts the parties agree are not in dispute. As grounds, the government states as follows:

1.In its scheduling order, the Court established January 4, 2008 as the deadline for the filing of stipulations of fact.

2.The parties are in discussion concerning several possible stipulations, but certain of the defendants require additional time to consider whether to enter such stipulations.

3.Trial is scheduled to commence on January 14, 2008. The requested extension of time will not affect the trial schedule.

Wherefore, the United States seeks leave to file stipulations of facts on or before January 9, 2008.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:/s/ John A. Capin
JOHN A. CAPIN
JAMES P. DOWDEN
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

    I, John A. Capin, Assistant U.S. Attorney, do hereby certify that I have, on January 4, 2008, caused a true and accurate copy of the foregoing to be served upon all counsel of record by filing the document with the Court electronically.

                /s/ John A. Capin

                JOHN A. CAPIN
                Assistant U.S. Attorney