UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BURDLEY JEAN, *et al.* )<br>) | Crim. No. 05-10110-MLW |

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to the Dartmouth House of Corrections and Jail in North Dartmouth, Massachusetts for the purpose of securing **TYAMISHIA TAVARES** to testify in the trial before Chief United States District Court Judge Mark L. Wolf in the above-captioned case on January 15, 2008 at 9:00 A.M.   In support of this petition, the government states:

1.	That **TYAMISHIA TAVARES** (DOB 8/21/1981) is presently confined at the Dartmouth House of Corrections and Jail and will be so confined on January 15, 2008.

2.	That **TYAMISHIA TAVARES** will be called to be a witness in the trial in the above-captioned case.

3.	That **TYAMISHIA TAVARES** is due to appear before Chief United States District Court Judge Mark L. Wolf for this purpose on January 15, 2008 at 9:00 A.M.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to be directed to the United States Marshal for the District of Massachusetts, to the Warden at the Dartmouth House of Corrections and Jail, and to any other person having custody and

control of **TYAMISHIA TAVARES**, commanding them to produce **TYAMISHIA TAVARES** before Chief United States District Court Judge Mark L. Wolf at the United States Courthouse, 1 Courthouse Way, at Boston, Massachusetts on January 15, 2008 at 9:00 A.M.

                                                  Respectfully submitted,

                                                  Michael J. Sullivan
                                                  United States Attorney

By:

                                                  */s/ James P. Dowden*
                                                  James P. Dowden
                                                  Assistant U.S. Attorney

ALLOWED:

_____
CHIEF UNITED STATES DISTRICT JUDGE

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**HABEAS CORPUS AD TESTIFICANDUM**</u>

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies and to the

**WARDEN
DARTMOUTH HOUSE OF CORRECTIONS AND JAIL
NORTH DARTMOUTH,  MA**

**YOU ARE COMMANDED** to have the body of **TYAMISHIA TAVARES** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts on January 15,  2008 at 9:00 A.M. for the purpose of testifying in *United States* v. *Burdley Jean, et. al.*, Criminal No. 05-10110-MLW.

And you are to retain the body of said **TYAMISHIA TAVARES** while before said Court upon said day and upon such further days thereafter as her attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which she was taken, under safe and secure conduct, to be there imprisoned as if she had not been brought therefrom for the purpose aforesaid.  And have you then and there this WRIT with your doings herein.

**Dated at Boston in said District this __ day of January, 2008.**

_____
**MARK L. WOLF**
**Chief United States District Judge**

                                                                       By:  _____
                                                                              **DENNIS O'LEARY**
                                                                              **Deputy Clerk**

Requested by AUSA James P. Dowden.