```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

                              Criminal No. 05-10110 (MLW)

          UNITED STATES

              v.

          JEAN NORISCAT
```
_____

**REQUEST FOR MODIFICATION OF A PRE-TRIAL RELEASE CONDITION**
_____

Now comes the Defendant, Jean Noriscat, in the above-referenced matter and respectfully requests that this Honorable Court allow a modification of a pre-trial release condition.

In particular, the Defendant requests that he be able to change his residence from the present address to a Massachusetts address known to counsel and pre-trial services.

Counsel requests that the new address not be made public record for safety reasons. The Defendant has notified Mr. O'Brien from pre-trial services of this request.

```
                              Respectfully Submitted
                              By the Attorney,

Dated: March 13, 2008         __/s/James J. Coviello___
                              James J. Coviello
                              The Charlestown Navy Yard
                              One Constitution Center, Suite 100
                              Charlestown, MA  02151
                              Tel: (617)242-6832
                              Fax: (617) 241-0911
                              BBO No. 550949
```

(Crim) Noricat, J.-038-03-13-Req. Mod. Pretr. Condit