⹁AO 442    (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JEAN NORISCAT | **WARRANT FOR ARREST**<br><br>Case Number:  05-10110-MLW |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   <u>JEAN NORISCAT</u>
                                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment       ☐ Information       ☐ Complaint       ☐ Order of court

X Pretrial Release       ☐ Probation                  ☐ Supervised Release    ☐ Violation Notice
  Violation Petition         Violation Petition             Violation

charging him or her with   (brief description of offense)
See attached petition

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| Dennis O'Leary<br>Name of Issuing Officer | /s/ Dennis O'Leary<br>Signature of Issuing Officer |
| Deputy Clerk<br>Title of Issuing Officer | May 19, 2008 - Boston, MA<br>Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

BY FBI

| DATE RECEIVED<br>5/19/08 | NAME AND TITLE OF ARRESTING OFFICER<br>FBI | SIGNATURE OF ARRESTING OFFICER<br>FBI |
|---|---|---|
| DATE OF ARREST<br>5/16/08 | | |